# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 16−12245−BFK
**Chapter** 7

In re: Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Roger Maldonado
1909 Pohick Creek Court
Woodbridge, VA 22192

Leslie Yessenia Maldonado
1909 Pohick Creek Court
Woodbridge, VA 22192

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−7937            Joint Debtor: xxx−xx−3127

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA            Joint Debtor: NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **April 22, 2019**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

Address of the Bankruptcy Court

200 South Washington Street
Alexandria, VA 22314

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

Dated:   January 18, 2019

[B2040.jsp]

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                                 Case No. 16-12245-BFK
Roger Maldonado                                                        Chapter 7
Leslie Yessenia Maldonado
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0422-9          User: shepherda              Page 1 of 3              Date Rcvd: Jan 18, 2019
                              Form ID: 2040                Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db             #+Roger Maldonado,    1909 Pohick Creek Court,    Woodbridge, VA 22192-2452
jdb             +Leslie Yessenia Maldonado,    1909 Pohick Creek Court,    Woodbridge, VA 22192-2452
13471767         AMCB,    PO Box 37005,    Baltimore, MD 21297-3005
13471768        +AMERICAN HONDA FINANCE,    13856 BALLANTYNE CORPORA,    CHARLOTTE, NC 28277-2711
14610935        +American Honda Finance Corp,    13856 BALLANTYNE CORPORATE PLACE,    Charlotte, NC 28277-2711
13471775        +BioReference Laboratories,    481 Edward H. Ross Drive,    Elmwood Park, NJ 07407-3128
13471776        +Bison Recovery Group,    4408 Milestrip Road,    Suite 211,    Blasdell, NY 14219-2553
13471781        +Children's National Medical As,    111 Michigan Ave NW,    Washington, DC 20010-2916
13471782        +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
13471784         DHP of Potomac PC,    PO Box 637881,    Cincinnati, OH 45263-7881
13471785        +DPT ED/SLM,    11100 USA PKWY,    FISHERS, IN 46037-9203
13716957         Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
13471786         ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
13471787         Fairfax Obgyn Associates,    3650 Joseph Siewick Dr,    Ste 203,    Fairfax, VA 22033-1712
13471788        +GLASSER & GLASSER,    CROWN CENTER, SUITE 600,    580 EAST MAIN STREET,    NORFOLK, VA 23510-2306
13471789        +INOVA,    2990 Telestar Court,    Falls Church, VA 22042-1207
13471791        +LES LLC - 495/95 Express Lanes,    386 S. Pickett St,    PO Box 22147,
                 Alexandria, VA 22304-0854
13471794        +MRS BPO, LLC,    1930 OLNEY AVE,    CHERRY HILL, NJ 08003-2016
13471795        +NATIONWIDE CREDIT CORP,    5503 CHEROKEE AVE,    ALEXANDRIA, VA 22312-2307
13471796         Northstar Location Svcs., LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
13471797        +PHOENIX FINANCIAL SERV,    8902 OTIS AVE STE 103A,    INDIANAPOLIS, IN 46216-1009
13471798         Phoenix Financial Services,    PO Box 361450,    Indianapolis, IN 46236-1450
13471799         Priva Medical Group,    PO Box 13050,    Belfast, ME 04915-4021
13471800        +RSI ENTERPRISES,    PO Box 710507,    HERNDON, VA 20171-0507
14097468        +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14610936         State Farm Insurance,    1 State Farm Plaza,    Bloomington, IL 61701
13706123        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14640505        +U.S. Bank Trust National Association, as Trustee o,    c/o McCabe, Weisberg & Conway, LLC,
                 312 Marshall Avenue, Suite 800,    Laurel, MD 20707-4808
13471808        +UNITED COLLECTION BUREAU INC,    5620 SOUTHWYCK BLVD,    SUITE 206,    TOLEDO, OH 43614-1501
13471809        +Whipple Tree Emerg Phys LLC,    PO Box 37992,    Philadelphia, PA 19101-0592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13471769        +EDI: AMEREXPR.COM Jan 19 2019 08:08:00     AMEX,    PO BOX 297871,
                 FORT LAUDERDALE, FL 33329-7871
13471770        +E-mail/Text: bankruptcydept@applefcu.org Jan 19 2019 03:25:32      APPLE FEDERAL CREDIT U,
                 4029 RIDGE TOP RD,    FAIRFAX, VA 22030-7435
13668535         EDI: BECKLEE.COM Jan 19 2019 08:08:00     American Express Bank FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
13471777         EDI: BANKAMER.COM Jan 19 2019 08:08:00     BK OF AMER,    PO BOX 982238,
                 EL PASO, TX 79998-0000
13471771        +EDI: TSYS2.COM Jan 19 2019 08:08:00     BARCLAYS BANK DELAWARE,    PO BOX 8803,
                 WILMINGTON, DE 19899-8803
13471774         E-mail/Text: bankruptcy@bbandt.com Jan 19 2019 03:24:33      BB&T,    PO BOX 1847,
                 WILSON, NC 27894-0000
13471773         E-mail/Text: bankruptcy@bbandt.com Jan 19 2019 03:24:34      BB&T,    PO BOX 2306,
                 WILSON, NC 27894-0000
13471772        +E-mail/Text: bankruptcy@bbandt.com Jan 19 2019 03:24:34      BB&T,    PO BOX 2027,
                 GREENVILLE, SC 29602-2027
13630058        +E-mail/Text: bankruptcy@bbandt.com Jan 19 2019 03:24:34      BB&T, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
13471778         EDI: CAPITALONE.COM Jan 19 2019 08:08:00     CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238-0000
13471779        +EDI: CCS.COM Jan 19 2019 08:08:00     CCS Payment Processing Center,    POB 55126,
                 Boston, MA 02205-5126
13471780        +EDI: CHASE.COM Jan 19 2019 08:08:00     CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
13471783        +EDI: WFNNB.COM Jan 19 2019 08:08:00     COMENITYCAPITAL/DVDSBR,    995 W 122ND AVE,
                 WESTMINSTER, CO 80234-3417
13471790        +E-mail/Text: BKRMailOPS@weltman.com Jan 19 2019 03:24:40      KAY JEWELERS,    375 GHENT RD,
                 FAIRLAWN, OH 44333-4600
13471792        +EDI: MID8.COM Jan 19 2019 08:08:00     MCM,    2365 Northside Drive,    Suite 300,
                 San Diego, CA 92108-2709
13471793        +EDI: TSYS2.COM Jan 19 2019 08:08:00     MCYDSNB,    9111 DUKE BLVD,    MASON, OH 45040-8999
13876574        +EDI: MID8.COM Jan 19 2019 08:08:00     MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13471801        +E-mail/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com Jan 19 2019 03:25:52      SENTARA HEALTH CARE,
                 535 Independence Parkway,    Suite 600,    Chesapeake, VA 23320-5181
13471802        +EDI: NAVIENTFKASMSERV.COM Jan 19 2019 08:03:00     SLM FINANCIAL CORP,    11100 USA PKWY,
                 FISHERS, IN 46037-9203
13471803        +EDI: RMSC.COM Jan 19 2019 08:08:00     SYNCB/CARCARE ONE,    C/O PO BOX 965036,
                 ORLANDO, FL 32896-0001
```

```
District/off: 0422-9          User: shepherda              Page 2 of 3              Date Rcvd: Jan 18, 2019
                              Form ID: 2040                Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13471804      +EDI: RMSC.COM Jan 19 2019 08:08:00      SYNCB/CARE CREDIT,    950 FORRER BLVD,
               KETTERING, OH 45420-1469
13471805      +EDI: RMSC.COM Jan 19 2019 08:08:00      SYNCB/TOYSRUS,    PO BOX 965005,    ORLANDO, FL 32896-5005
13471806      +EDI: RMSC.COM Jan 19 2019 08:08:00      SYNCB/WALMART,    PO BOX 965024,    ORLANDO, FL 32896-5024
13853806      +EDI: RMSC.COM Jan 19 2019 08:08:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
13471807      +EDI: TFSR.COM Jan 19 2019 08:03:00      TOYOTA MOTOR CREDIT,    3975 FAIR RIDGE DR STE 3,
               FAIRFAX, VA 22033-2911
14547094      +E-mail/Text: bknotices@snsc.com Jan 19 2019 03:25:40
               U.S. Bank Trust National Association, as Trustee,    C/O SN Servicing Corp.,    323 5th Street,
               Eureka, CA 95501-0305
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Nelson Mullins Riley & Scarborough LLP
cr            MTGLQ Investors, L.P.,
cr            Toyota Motor Credit Corporation
cr            U.S. Bank Trust National Association as Trustee of
cr            U.S. Bank Trust National Association, as Trustee o
13471766      ALLIED COLL,   00000-0000
13744237*    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13754374*    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                 TOTALS: 6, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2019 at the address(es) listed below:

```
              Dinh H Ngo    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the Tiki
               Series III Trust bankruptcyva@mwc-law.com,    bankruptcyva@ecf.inforuptcy.com
              Johnie Rush Muncy    on behalf of Creditor    Toyota Motor Credit Corporation jmuncy@siwpc.com,
               bjordan@siwpc.com;dsasser@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;npatel@siwpc.com;bkreferr
               als@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
              Johnie Rush Muncy    on behalf of Creditor    MTGLQ Investors, L.P., jmuncy@siwpc.com,
               bjordan@siwpc.com;dsasser@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;npatel@siwpc.com;bkreferr
               als@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
              Kevin R. McCarthy    krm@mccarthywhite.com,    kmccarthy@remote7solutions.com;DC07@ecfcbis.com
              Kevin R. McCarthy    on behalf of Trustee Kevin R. McCarthy krm@mccarthywhite.com,
               kmccarthy@remote7solutions.com;DC07@ecfcbis.com
              Martin C. Conway    on behalf of Debtor Roger  Maldonado martin@conwaylegal.com,
               pwilmer@conwaylegal.com;r63077@notify.bestcase.com;andrew@conwaylegal.com
              Martin C. Conway    on behalf of Joint Debtor Leslie Yessenia Maldonado martin@conwaylegal.com,
               pwilmer@conwaylegal.com;r63077@notify.bestcase.com;andrew@conwaylegal.com
              Michael Todd Freeman    on behalf of Creditor    Toyota Motor Credit Corporation mfreeman@siwpc.com,
               bjordan@siwpc.com;dsasser@siwpc.com;ewhite@siwpc.com;jmuncy@siwpc.com;npatel@siwpc.com;bkreferral
               s@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
              Michelle Rene Ghidotti-Gonsalves    on behalf of Creditor    U.S. Bank Trust National Association
               as Trustee of Tiki Series III Trust ECFNotifications@ghidottilaw.com
              Nisha Ryan Patel    on behalf of Creditor    Toyota Motor Credit Corporation npatel@siwpc.com,
               bjordan@siwpc.com;dsasser@siwpc.com;ewhite@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;bkreferr
               als@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
              Nisha Ryan Patel    on behalf of Creditor    MTGLQ Investors, L.P., npatel@siwpc.com,
               bjordan@siwpc.com;dsasser@siwpc.com;ewhite@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;bkreferr
               als@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
```

```
District/off: 0422-9           User: shepherda            Page 3 of 3              Date Rcvd: Jan 18, 2019
                               Form ID: 2040              Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 11